UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
IN CLERKS OFFICE

2005 MAR -4  P 2: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LOUIS RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, ET ALS., <br>     Plaintiffs <br> v. <br><br> PENNEY CONSTRUCTION CORP., <br>     Defendant <br><br> and <br><br> T.R. WHITE CO., INC., <br>     Reach-and-Apply Defendant <br><br> and <br><br> SOVEREIGN BANK, <br>     Trustee | Civil Action No. <br> 04-12463-MLW |

NOTICE OF APPEARANCE

Please note my appearance on behalf of the plaintiffs in the above-captioned matter.

_/s/ Randall E. Nash_
Randall E. Nash
BBO #546963
11 Beacon Street, Suite 500
Boston, MA 02108
(617)742-5511

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on March 3, 2005.

_/s/ Randall E. Nash_
Randall E. Nash