UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
    Plaintiffs

vs.

PENNEY CONSTRUCTION CORP.,
    Defendant

and

T.R. WHITE CO., INC.,
    Reach-and-Apply Defendant

and

SOVEREIGN BANK,
    Trustee

C.A. No. 04-12463 MLW

## NOTICE OF WITHDRAWAL AS COUNSEL

In accordance with Local Rule 83.5.2(c), Anne R. Sills hereby gives notice of her withdrawal as counsel in the above-captioned matter.

Respectfully submitted,

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Anne R. Sills
Anne R. Sills, Esquire
BBO # 546576
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  March 22, 2005

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Withdrawal as Counsel has been served by first class mail upon Plaintiffs Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, et al by service upon counsel of record Randall E. Nash at 166 Schoosett Street, Suite #2B, (Route #139), Pembroke, MA  02359 and upon the Defendant Penney Construction Corp., at their last-known address, 85 Charles Street, Bridgewater, MA  02324, and upon Reach-and-Apply Defendant T.R. White Co., Inc. at 368 Congress Street, Boston, MA  02210 this 22nd day of March, 2005.

/s/ Anne R. Sills
Anne R. Sills, Esquire

GAG/gag&ts
ARS 3118 04-370/notwithdraw-ars.doc