AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, ET ALS., Plaintiffs

V.

PENNEY CONSTRUCTION CORP., Defendant, ET ALS

**SUMMONS IN A CIVIL ACTION**

FILED
CLERKS OFFICE
2005 MAR 24 P 1: 23
U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER: 04-12463 MLW

TO: (Name and address of Defendant)

Penney Construction Corp.
85 Charles Street
Bridgewater, MA 02324

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Randall E. Nash
11 Beacon Street, Suite 500
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

MAR - 4 2005
DATE

(By) DEPUTY CLERK