AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, ET ALS.,    Plaintiffs

V.

PENNEY CONSTRUCTION CORP., Defendant, ET ALS

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:    04-12463 MLW

TO: (Name and address of Defendant)

T. R. White Co., Inc.
368 Congress Street
South Boston, MA  02210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Randall E. Nash
11 Beacon Street, Suite 500
Boston, MA  02108

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

MAR - 4 2005
DATE

(By) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.                                                                 March 25, 2005

I hereby certify and return that on 3/16/2005 at 9:00AM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Jim Wilson, agent and person in charge at the time of service for T.R. White Company Inc., at , 368 Congress Street, South Boston, MA. In the service hereof it was necessary and I actually used a motor vehicle 5 miles. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Conveyance ($1.50), Travel ($3.20), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $45.70

Deputy Sheriff    George Slyva

_____
Deputy Sheriff

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date              Signature of Server

                                _____
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.