UNITED STATES DISTRICT COURT
District of Massachusetts

| | |
|---|---|
| LOUIS RASETTA, TRUSTEE<br>International Union of Operating Engineers Local 4<br>Pension Fund, ET ALS.,<br>　　　　　Plaintiffs<br>v.<br><br>PENNEY CONSTRUCTION, ET AL.,<br><br>　　　　　Defendants | )<br>)<br>)<br>)<br>)  Civil Action No. 04-12463-MLW<br>)<br>)<br>)<br>) |

STIPULATION OF DISMISSAL
AND
NOTICE OF DISMISSAL

In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiffs and Defendant Penney Construction Corp. stipulate that the above-captioned matter is dismissed with prejudice and without costs. Further, as neither the Reach and Apply Defendant, T.R. White Co., Inc. nor the Trustee, Sovereign Bank, have served an answer or motion for summary judgment, the Plaintiffs hereby dismiss the actions against them.

| Plaintiffs | Defendant |
|---|---|
| LOUIS RASETTA, ET. ALS. | PENNEY CONSTRUCTION CORP. |
| Randall E. Nash | Rodney B. Simmons, Jr. |
| BBO #546963 | BBO #647874 |
| 11 Beacon Street, Suite 500 | 25 Crescent Street |
| Boston, MA 02108 | Brockton, MA 02301 |
| (617)742-5511 | (508)584-2693 |
| Date: May 31, 2006 | Date: May 19, 2006 |